

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-22-2009

# Polymer Dynamics Inc v. Bayer Corp

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-3730

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Polymer Dynamics Inc v. Bayer Corp" (2009). *2009 Decisions.* Paper 975.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/975

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 07-3730, 07-3731,
and 07-4645

_____

POLYMER DYNAMICS, INC.,
                    Appellant/Cross-Appellee

v.

BAYER CORPORATION,
                    Appellee/Cross-Appellant

_____

On Appeal From the United States District Court
for the Eastern District of Pennsylvania
(Civil No. 99-cv-04040)
District Judge:  Honorable Petrese B. Tucker

_____

ORDER AMENDING

_____

It appearing that the opinion and judgment filed in this matter listed only docket

number 07-3730 when in fact the opinion and judgment addressed action numbers 07-

3730, 07-3731, and 07-4645, it is hereby O R D E R E D that the Clerk shall file an

amended opinion and judgment listing all three actions in the caption.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk


Dated: July 22, 2009

trj/cc: Jeffrey A. Lamken, Esq.
      Michael M. Mustkoff, Esq.
      Virginia A. Seitz, Esq.